UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| MICHAEL A. ORSENO, SR. d/b/a | )   No. 06-B-02497 |
| MONARCH ROOFING COMPANY, INC. | ) |
| | ) |
| Debtor. | ) |

## FINAL JUDGMENT ON CLAIM NO. 4

Pursuant to Opinion signed this date which stands as Findings of Fact and Conclusions of Law following trial on the Trustee's Objection to Claim No. 4, IT IS HEREBY ORDERED AND ADJUDGED that Judgment be and is hereby entered in favor of the Chapter 7 Trustee on his Objection to Claim No. 4, and that Claimant Carole P. Orseno shall take nothing by her Claim No. 4 which is hereby denied and dismissed.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Entered this 10th day of June 2008.

## CERTIFICATE OF SERVICE

I, Dorothy Clay certify that on June __10__, 2008, I caused to be mailed by United States first class mail copies of the foregoing Order on Trustee's Objection to Claim No. 4 to the following:

Arthur W Rummler
Grochocinski, Grochoinski & Lloyd Ltd
1900 Ravinia Place
Orland Park, IL 60462
Counsel for Debtor

Steven R Radtke
Chill Chill & Radtke P C
79 W. Monroe Street
Suite 1305
Chicago, IL 60603
Counsel for Trustee

Alexander S Knopfler
Alex Knopfler & Associates Ltd.
225 N Michigan Ave Suite 1100
Chicago, IL 60601
Trustee

*Dorothy Clay*
Secretary/Deputy Clerk