UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

In re                                              )   Chapter 7
                                                   )
ORSENO, MICHAEL A SR.                              )   Case No. 06-02497-JBS
                                                   )
                    Debtor(s).                     )   Hon. JACK B. SCHMETTERER


**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

     At:   U.S. Bankruptcy Court
           219 South Dearborn Street
           Courtroom 682
           Chicago, IL  60604

     On: **October 30, 2008**          Time: **10:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.   The Trustee's Final Report shows total:

     Receipts                                                           $282,727.03

     Disbursements                                                      $266,136.03

     Net Cash Available for Distribution                                 $16,591.00

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| ALEXANDER S. KNOPFLER<br>*Trustee Compensation* | $6,000.00 | $4,386.35 | $65.19 |
| CHILL, CHILL & RADTKE, P.C.<br>*Attorney for Trustee* | $10,896.25 | $5,000.00 | $48.15 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,906.18 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 71.5847% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001B | Illinois Department Of Revenue | $583.63 | $417.79 |
| 000008B | Department Of The Treasury-Internal Revenue Service | $9,322.55 | $6,673.52 |

7. Claims of general unsecured creditors totaling $79,913.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001A | Illinois Department Of Revenue | $263.42 | $0.00 |
| 000002 | Richards Building Supply&Nbsp &Nbsp | $12,920.72 | $0.00 |
| 000003 | City Of Blue Island | $76.17 | $0.00 |
| 000005 | American Express Bank Fsb | $7,194.01 | $0.00 |
| 000006 | H.A. Gordon Company&Nbsp &Nbsp <A H | $3,497.00 | $0.00 |
| 000007 | Bradco Supply Corp.&Nbsp &Nbsp <A H | $15,696.40 | $0.00 |
| 000008A | Department Of The Treasury-Internal Revenue Service | $1,902.73 | $0.00 |
| 000009 | Cj Erickson Plumbing Co. | $10,459.47 | $0.00 |
| 000010 | Advanta Bank Corp | $27,903.19 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $360,000.00 |
| Cash | $50.00 |
| LaSalle Bank - Checking | $1,500.00 |
| Certificates of Deposit | $70,000.00 |
| Security Deposit | $1,145.00 |
| Household Goods and Furnishings | $1,500.00 |
| Art/Serigraphs | $3,000.00 |
| Wearing Apparel | $350.00 |
| Jewelry | $0.00 |
| Illinois Roofer's License | $0.00 |
| 2000 GMC Sonoma Pick Up Truck | $2,500.00 |
| IRA Account | $2,200.00 |
| 2004 Tax Refund | $3,000.00 |
| Marital Property in Possession of Spouse | $0.00 |
| Whole Life Insurance Policies | $10,000.00 |
| Debtor's Interest in Wife's Pension Plan | $400,000.00 |

Dated: **September 26, 2008**          For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the U.S. Bankruptcy Court
                                      219 South Dearborn St., 7th Floor
                                      Chicago, IL  60604

Trustee:    Alexander S. Knopfler
Address:    P.O. Box 251
            Glencoe, IL  60022