UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ORSENO, MICHAEL A SR. | ) | Case No. 06-02497-JBS |
| | ) | |
| Debtor(s). | ) | Hon. JACK B. SCHMETTERER |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    At:   U.S. Bankruptcy Court
          219 South Dearborn Street
          Courtroom 682
          Chicago, IL  60604

    On: **October 30, 2008**          Time:  **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                        $282,727.03

    Disbursements                                                              $266,136.03

    Net Cash Available for Distribution                              $16,591.00

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| ALEXANDER S. KNOPFLER<br>*Trustee Compensation* | $6,000.00 | $4,386.35 | $65.19 |
| CHILL, CHILL & RADTKE, P.C.<br>*Attorney for Trustee* | $10,896.25 | $5,000.00 | $48.15 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>9,906.18</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 71.5847% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001B | Illinois Department Of Revenue | $583.63 | $417.79 |
| 000008B | Department Of The Treasury-Internal Revenue Service | $9,322.55 | $6,673.52 |

7. Claims of general unsecured creditors totaling $79,913.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001A | Illinois Department Of Revenue | $263.42 | $0.00 |
| 000002 | Richards Building Supply&Nbsp &Nbsp | $12,920.72 | $0.00 |
| 000003 | City Of Blue Island | $76.17 | $0.00 |
| 000005 | American Express Bank Fsb | $7,194.01 | $0.00 |
| 000006 | H.A. Gordon Company&Nbsp &Nbsp <A H | $3,497.00 | $0.00 |
| 000007 | Bradco Supply Corp.&Nbsp &Nbsp <A H | $15,696.40 | $0.00 |
| 000008A | Department Of The Treasury-Internal Revenue Service | $1,902.73 | $0.00 |
| 000009 | Cj Erickson Plumbing Co. | $10,459.47 | $0.00 |
| 000010 | Advanta Bank Corp | $27,903.19 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $360,000.00 |
| Cash | $50.00 |
| LaSalle Bank - Checking | $1,500.00 |
| Certificates of Deposit | $70,000.00 |
| Security Deposit | $1,145.00 |
| Household Goods and Furnishings | $1,500.00 |
| Art/Serigraphs | $3,000.00 |
| Wearing Apparel | $350.00 |
| Jewelry | $0.00 |
| Illinois Roofer's License | $0.00 |
| 2000 GMC Sonoma Pick Up Truck | $2,500.00 |
| IRA Account | $2,200.00 |
| 2004 Tax Refund | $3,000.00 |
| Marital Property in Possession of Spouse | $0.00 |
| Whole Life Insurance Policies | $10,000.00 |
| Debtor's Interest in Wife's Pension Plan | $400,000.00 |

Dated: **September 26, 2008**          For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 South Dearborn St., 7th Floor
Chicago, IL  60604

Trustee:     Alexander S. Knopfler
Address:     P.O. Box 251
             Glencoe, IL  60022

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

...497    Doc 100    Filed 09/26/08    Entered 09/28/08 23:49:41    Desc Imaged
                     Certificate of Service    Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                Page 1 of 2           Date Rcvd: Sep 26, 2008
Case: 06-02497                 Form ID: pdf002            Total Served: 53
```

The following entities were served by first class mail on Sep 28, 2008.
```
db         +Michael A Orseno, Sr.,    5920 Lake Bluff Dr Apt 7B,    Tinley Park, IL 60477-7161
aty        +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty        +Steven R Radtke,    Chill Chill & Radtke P C,    79 W. Monroe Street,    Suite 1305,
             Chicago, IL 60603-4925
tr         +Alexander S Knopfler,    Alex Knopfler & Associates Ltd.,    P O Box 251,    Glencoe, IL 60022-0251
11093756   +ACA Roofing & Construction Inc,    3529 N Plainfield,    Chicago, IL 60634-2845
10642386  ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
            (address filed with court: American Honda Finance,     2170 Point Blvd Ste 100,    Elgin, IL 60123)
11095659    Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10642387   +Advanta Bank Corp.,    P.O. Box 30715,    Salt Lake City, UT 84130-0715
11007746    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10642388   +American Express Business,    PO Box 297815,    Fort Lauderdale, FL 33329-7815
10763185   +Amoco Oil Company/BP Oil Company,    Citibank USA NA,    701 E 60th Street N,    PO Box 6034,
             Sioux Falls, SD 57117-6034
10642389   +Bank of America,    P.O. Box 297815,    Fort Lauderdale, FL 33329-7815
10763186    Bank of America,    PO Box 2463,    Spokane, Wa 99210-2463
10642390   +Bradco Supply Corp.,    Regional Credit Office,    1125 Page Blvd,    Springfield, MA 01104-1634
10642392   +CJ Erickson Plumbing Co.,    4141 W. 124th Place,    Alsip, IL 60803-1809
12040828   +Carole Orseno,    c/o Richard L. Hirsh,    1500 Eisenhower Lane,    #800,    Lisle, IL 60532-2135
10642391   +Carole P. Orseno,    216 Robinson Lane,    Westmont, IL 60559-2213
10763187    City of blue Island,    Water Dept,    Blue Island, IL 60406
10642393   +Cook County Assessor's Office,    118 N. Clark Street,    Chicago, IL 60602-1304
10642394   +Cook County Treasurer,    118 N. Clark St., Suite 434,    Chicago, IL 60602-1413
10642395   +Dahlgren Legal Services, Ltd.,    477 E. Butterfield Road, Suite 202,    Lombard, IL 60148-7028
10642396   +David A. Sinise,    15107 S. Springfield,    Midlothian, IL 60445-3750
10642397    Emil P. Tamarco Trust,    c/o Palos Community Bank & Trust,    12600 S. Harlem,
             Palos Heights, IL 60463
10642398    Emil P. Trimarco Trust,    c/o Palos Bank & Trust,    12600 S. Harlem,    Palos Heights, IL 60463
10642399   +First Midwest Bank,    17500 S. Oak Park Avenue,    Tinley Park, IL 60477-3989
10642400   +Grotta, Krydynski & Frigo,    10775 W. 163rd Place,    Orland Park, IL 60467-8861
10642401   +H.A. Gordon Company,    2625 Butterfield Road Ste 129W,    Oak Brook, IL 60523-1254
10642402  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,     Bankuptcy Section Level 7-425,
             100 W. Randolph Street,    Chicago, IL 60606)
10642403  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: Department of the Treasury-Internal Revenue Servic,
             Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
10642404   +Irene M. Wengel,    2318 SW Oak Ridge Road,    Palm City, FL 34990-2160
10642405   +James L. Stortzum, Esq.,    10723 W. 159th Street,    Orland Park, IL 60467-4531
10642406   +KAM Industris, Ltd.,    DBA Cordeck,    12620 Wilmot Road,    Kenosha, WI 53142-7360
10642407   +Law Ofc. of Becky Dahlgren,    477 E. Butterfield Road,    Suite 202,    Lombard, IL 60148-4879
10642408   +Linda D. Weber,    15821 Orlan Brook Drive,    Orland Park, IL 60462-4863
10642409   +Michael Orseno Jr.,    1307 W. Wabash Avenue #304,    Chicago, IL 60605-2621
10642410   +Monarch Roofing Company,    13747 S Western Ave,    Blue Island, IL 60406-3226
10642435   +Ms. Marian Sinise,    12820 Beaver Lake Drive,    Homer Glen, IL 60491-6758
10642436   +National City Bank,    1900 E. Ninth Street,    Cleveland, OH 44114-3484
10659534   +Orseno Enterprises Inc,    13747 S Western Avenue,    Blue Island, IL 60406-3226
10642438   +Palos Bank & Trust,    Attn: Ms. Mary Kay Burke,    12600 S. Harlem Avenue,
             Palos Heights, IL 60463-0927
10642439   +Pekin Insurance Company,    2505 Court Street,    Pekin, IL 61558-0002
10642440   +QBP Building Supply,    7737 N. 67th Street,    Milwaukee, WI 53223-5123
10642441   +R.H. Donnelley Company Yellow Pages,    8519 Innovation Way,    Chicago, IL 60682-0085
10642442   +Richards Building Supply,    7030 W 63rd Street,    Chicago,IL 60638-3918
10642443   +Robert O'Derio, Trustee,    4570 Cheshire St.,    San Diego, CA 92117-4021
10642445   +Shestopal, Ematfarb, Swain & Bain,    440 Central Avenue,    Highland Park, IL 60035-2651
10642446   +TCF Bank,    800 Burr Ridge Pkwy.,    Burr Ridge, IL 60527-6486
10642447   +Total Insurance Services,    3175 Commercial Avenue,    Northbrook, IL 60062-1926
10642448   +Umberto Davi, Esq.,    1105 W. Burlington Avenue,    Western Springs, IL 60558-1574
10642449   +Virginia Surety Company, Inc.,    8385 Innovation Way,    Chicago, IL 60682-0083
10642450   +Weisbrook Sheet Metal, Inc.,    25502 Ruff Street,    Plainfield, IL 60585-7861
```

The following entities were served by electronic transmission on Sep 27, 2008.
```
10763188   +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com
             Commonwealth Edison & Company,    System Credit/Bankruptcy Depoartment,    2100 Swift Drive,
             Oak Brook, IL 60523-1559
10642437   +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P.O. Box 2020,
             Aurora, IL 60507-2020
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10642411      Monarch Roofing Company
10642412      Monarch Roofing Company
10642413      Monarch Roofing Company
10642414      Monarch Roofing Company
10642415      Monarch Roofing Company
10642416      Monarch Roofing Company
10642417      Monarch Roofing Company
10642418      Monarch Roofing Company
10642419      Monarch Roofing Company
10642420      Monarch Roofing Company
10642421      Monarch Roofing Company
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2            Date Rcvd: Sep 26, 2008
Case: 06-02497                Form ID: pdf002          Total Served: 53

             ***** BYPASSED RECIPIENTS (continued) *****
10642422     Monarch Roofing Company
10642423     Monarch Roofing Company
10642424     Monarch Roofing Company
10642425     Monarch Roofing Company
10642426     Monarch Roofing Company
10642427     Monarch Roofing Company
10642428     Monarch Roofing Company
10642429     Monarch Roofing Company
10642430     Monarch Roofing Company
10642431     Monarch Roofing Company
10642432     Monarch Roofing Company
10642433     Monarch Roofing Company
10642434     Monarch Roofing Company
10642444*    +Robert O'Derio, Trustee,    4570 Cheshire St.,   San Diego, CA 92117-4021
                                                                              TOTALS: 24, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2008**                    **Signature:**   *Joseph Speetjens*