UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| ORSENO, MICHAEL A SR. | ) |
| | ) |
| | ) CASE NO. 06-02497-JBS |
| | ) |
| | ) |
| Debtor(s). | ) Hon. JACK B. SCHMETTERER |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

To:   THE HONORABLE JACK B. SCHMETTERER
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses attached as Exhibit "A"; and the Trustee's Distribution Report and Trustee's Supplemental Distribution Report, copies of which are attached as Exhibit "B".

All checks have been cashed and attached as Exhibit "C" is Form 2 reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


February 26, 2009                             /s/ Alexander S. Knopfler
DATE                                          TRUSTEE